Dickerson et al., Appellants, *v.* Springfield Township.

Argued September 25, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*I. B. Sinclair*, with him *Donald H. Pugh, Clarence D. Bell, Jr.,* and *Bell, Harvey, Pugh and Sinclair* for appellants.

*Howard Saul Marcu,* for appellee.

OPINION PER CURIAM, October 16, 1974:
Decree affirmed. Each party to bear own costs.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.